UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | **SEALED** |
| | § | |
| v. | § | CRIMINAL ACTION H-17-394 |
| | § | |
| | § | |
| JOSE ORLANDO CAMACHO  *on bond* | § | |

## Order Resetting Sentencing

The sentencing of the defendant is reset as follows:

1.    The presentence investigation report will be available to the defendant by July 19, 2018.

2.    Counsel must object in writing to the facts used and application of the guidelines or a statement that there is no objection by August 2, 2018.

3.    The probation officer must submit to the Judge the final presentence report with an addendum addressing contested issues by August 16, 2018.

4.    **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

5.    The sentencing will be held on August 23, 2018 at 9:30 a.m.

Signed at Houston, Texas on January 29, 2018.

Gray H. Miller
United States District Judge