United States District Court
Southern District of Texas
**ENTERED**
July 24, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA §
§ **SEALED**
§
v. § CRIMINAL ACTION H-17-394-1
§
§
JOSE ORLANDO CAMACHO §

## Order Resetting Sentencing

The sentencing of the defendant is reset as follows:

1. The presentence investigation report will be available to the defendant by January 18, 2019.

2. Counsel must object in writing to the facts used and application of the guidelines or a statement that there is no objection by February 1, 2019.

3. The probation officer must submit to the Judge the final presentence report with an addendum addressing contested issues by February 15, 2019.

4. **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

5. The sentencing will be held on February 21, 2019 at 10:00 a.m.

Signed at Houston, Texas on July 24, 2018.

_____
Gray H. Miller
United States District Judge