## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP 13 2018

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-17-394 |
| | § | |
| JOSE ORLANDO CAMACHO, | § | UNDER SEAL |
| DEFENDANT | § | |
| | § | |
| | § | |

## MOTION TO UNSEAL

The United States, by and through its undersigned attorneys, respectfully requests that the Court unseal the docket for the above-captioned case. Following Defendant's guilty plea on July 6, 2017, he cooperated with the government's investigation. In order to facilitate that cooperation, the parties requested that the case against Defendant remained sealed until such future time when unsealing the case would no longer compromise Defendant's cooperation.

Today, with the entry of Mr. Juan Carlos Castillo's guilty plea in H-18-cr-200, the case against Defendant may now be unsealed.

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 30, 2018, the undersigned consulted with counsel for defendant Jose Camacho, who was unopposed to this motion.

/s/ John P. Pearson
Sarah Edwards
Trial Attorney
John P. Pearson
Assistant United States Attorney

Because this motion to unseal references Defendant's cooperation, the government requests that the motion itself remain sealed.

Respectfully submitted,

| SANDRA MOSER | RYAN K. PATRICK |
|---|---|
| ACTING CHIEF | UNITED STATES ATTORNEY |
| Fraud Section | Southern District of Texas |

JEREMY R. SANDERS          JOHN PEARSON
SARAH E. EDWARDS           ROBERT S. JOHNSON
TRIAL ATTORNEYS            ASSISTANT U.S. ATTORNEYS

Fraud Section, Criminal Division    U.S. Attorney's Office
U.S. Department of Justice          Southern District of Texas
1400 New York Avenue, N.W.          1000 Louisiana, Ste. 2300
Washington, D.C.  20005             Houston, TX 77002
Tel:   (202) 305-6761               Tel:   (713) 567-9342