United States District Court
Southern District of Texas
**ENTERED**
September 13, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. H-17-394 |
| JOSE ORLANDO CAMACHO, DEFENDANT | § § § § | |

## ORDER TO UNSEAL

It is **ORDERED** that the above-captioned docket, United States v. Jose Orlando Camacho, H-17-cr-394, is hereby unsealed.

DATED this ___13___ day of September, 2018.

MAGISTRATE JUDGE NANCY K. JOHNSON
SOUTHERN DISTRICT OF TEXAS