

SEP 10 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 17-394 |
| JOSE ORLANDO CAMACHO | § § | |

## JOINT MOTION *NUNC PRO TUNC*

TO THE HONORABLE JUDGE OF SAID COURT:

The United States and the Defendant, Jose Orlando Camacho, respectfully request that this Court, pursuant to its inherent authority, enter an order *nunc pro tunc* replacing page 19 of the Plea Agreement currently in the possession of the Office of the Clerk of Court with the attached page 19. This order will correct a clerical error and accurately reflect the signature of this Court's Case Manager and counsel for the government. *See, e.g., United States v. Hitchmon*, 587 F.2d 1357, 1360 (5th Cir. 1979) ("Orders may be entered *nunc pro tunc* to the end that the record accurately reflect what was actually done on a previous date . . . .").

To that end, the government and the Defendant request that this Court enter the attached Order.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
JOHN P. PEARSON
ROBERT S. JOHNSON
Assistant United States Attorneys
U.S. Attorney's Office, S.D. Texas
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: 713-567-9000
john.pearson@usdoj.gov